# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK ROSEN, M.D., INDIVIDUALLY; AND MARK J. ROSEN, M.D., A PROFESSIONAL CORPORATION, A DOMESTIC PROFESSIONAL CORPORATION,
Appellants,
vs.
GAIL AMSTER, INDIVIDUALLY,
Respondent.

No. 81487

FILED

AUG 2 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____Pickering_____, C.J.

cc:    Hon. David M. Jones, District Judge
       Stephen E. Haberfeld, Settlement Judge
       Marquis Aurbach Coffing
       Mainor Wirth
       Eighth District Court Clerk

20-31699